UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV425-059 |
| ERIKKA WELLS, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

The Court previously granted Plaintiff The Prudential Insurance Company of America's ("Prudential") request to appoint a guardian *ad litem* for minor children J.C. and L.C. *See* doc. 50 at 14. The Court has confirmed that Mr. George T. Major, Jr., is willing to accept appointment as J.C. and L.C.'s guardian *ad litem* on a *pro bono* basis. The Court is grateful to Mr. Major for his willingness to accept the appointment. Accordingly, pursuant to Rule 17(c), the Court **APPOINTS** George T. Major, Jr., Esq., 218 West State Street, PO Box 10186, Savannah, Georgia 31412, as guardian *ad litem* for interpleader defendants J.C. and L.C. "A guardian ad litem is authorized to act on behalf of his ward and make all appropriate decisions in the course of the specific litigation."

1

*United States v. 30.64 Acres of Land*, 795 F.2d 796, 805 (9th Cir. 1986); *see also Thomas v. Humfield*, 916 F.2d 1032, 1033 (5th Cir. 1990) (quoting *30.64 Acres of Land*, 795 F.2d at 805). The Clerk is **DIRECTED** to substitute Mr. Major, in his capacity as guardian *ad litem*, in place of Defendant Lilrachia Monique Carter on behalf of interpleader defendants J.C. and L.C. Defendant Carter should remain a party in her individual capacity. The Clerk is also **DIRECTED** to provide courtesy electronic copies of all pleadings, notices, and other documents filed in this action to Mr. Major in his capacity as guardian *ad litem*. Should Mr. Major consent to electronic service of future papers as contemplated by Rule 5 of the Federal Rules of Civil Procedure, he is **DIRECTED** to file a notice of written consent under Rule 5(b)(2)(E) no later than January 9, 2026.

Counsel for Defendant Lilrachia Monique Carter, the minor children's mother, is **DIRECTED** to provide Mr. Major with the full name and contact information for J.C. and L.C. Mr. Major shall meet and confer with J.C. and L.C. as necessary and shall promptly report to the Court any interference (by any person, party, or counsel) with his duties as guardian *ad litem*. Deadlines in this case are currently stayed,

*see* doc. 50 at 12, with the deadline for civil motions falling on January 20, 2026, *see* doc. 51.  The parties, including Mr. Major on behalf of J.C and L.C., are **DIRECTED** to file a joint status report no later than January 9, 2026, updating the Court on the status of this case, and informing the Court whether the parties are interesting in participating in a Court-facilitated settlement conference.

    **SO ORDERED** this 31st day of December, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA