# United States District Court

## Southern District of Georgia

PRUDENTIAL INSURANCE
COMPANY OF AMERICA

_____
Plaintiff

v.   LILRACHIA MONIQUE CARTER
ERIKKA WELLS, et al.

_____
Defendant

Case No. 4:25-cv-00059-RSB-CLR

Appearing on behalf of

LILRACHIA MONIQUE CARTER
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: William R. Carlisle

Business Address: CARLISLE LAW FIRM
Firm/Business Name

4607 Cardinal Ridge Way
Street Address

Flowery Branch   GA   30542
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(770) 998-6601   110382
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: wrclaw@gmail.com