**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

|  |  |
|---|---|
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br><br>ERIKKA WELLS, Individually and as<br>TRUSTEE of a TRUST for Minors J.C. and<br>L.C.; LILRACHIA MONIQUE CARTER;<br>J.C., a minor; and L.C., a minor,<br><br>   Defendants. | CIVIL ACTION NO.: 4:25-cv-59 |

**O R D E R**

Defendants in this interpleader case, having agreed to a settlement of the case, have filed a Joint Motion to Disburse Funds from the Registry of the Court and to Dismiss Case.[1]  (Doc. 60; see also doc. 65 (amendment to motion).)  The Settlement Agreement, which has been filed with and reviewed by the Court, contemplates the disbursement of certain amounts to each Defendant and it also requires Defendant Lilrachia Monique Carter to execute a trust agreement and deposit a specified amount of the settlement proceeds into a trust account to be set up for Defendants J.C. and L.C., who are minors.  (See doc. 60-1; doc. 65, pp. 6–16.)[2]  The Court hereby finds that the

---

[1]  Plaintiff, The Prudential Insurance Company of America, has been dismissed from the action.  (See doc. 61.)

[2]  On February 24, 2026, during a telephonic hearing with the parties, the Court advised that it had restricted access to the Settlement Agreement, (doc. 60-1), due to the fact that the minor Defendants' names had not been redacted from the proposed trust agreement (which was Attachment B to the Settlement Agreement). Additionally, the Court pointed out a scrivener's error in the proposed trust agreement and the parties agreed

parties' proposed Settlement Agreement is fair, reasonable, adequate, and in the best interests of the Defendants named in this action. The Court thus **GRANTS** the Joint Motion. (Docs. 60 & 65.)

Accordingly, the Court **DIRECTS** the Clerk of Court to disburse the funds paid by Prudential Life Insurance Company, which are being held in the Court's Registry, as follows:

- Delivery of a check in the amount of $20,000.00, made payable to "*Heather Karrh, as attorney for Erikka Wells*" to 225 S. Glynn Street, Suite A, Fayetteville, GA 30214, in satisfaction of all claims raised, or which could have been raised, by Defendant Erikka Wells;

- Delivery of a check for all remaining funds held in the registry in connection with this action, made payable to "*William R. Carlisle, as attorney for Lilrachia Monique Carter,*" to 4607 Cardinal Ridge Way, Flowery Branch, GA 30542, in satisfaction of all claims raised, or which could have been raised, by Defendant Lilrachia Monique Carter, subject to the terms and conditions in the parties' agreement.

In accordance with the terms of the Settlement Agreement, Defendant Lilrachia Monique Carter shall execute the proposed trust agreement, (doc. 65, pp. 13–16), and deposit funds in the amount of $58,042.48 into an account opened and maintained for the benefit of the minor children named in this action, and naming LaMia Hagler as trustee. Defendant Carter is **ORDERED** to file proof of the deposit on the docket, along with a copy of the executed Trust Agreement (with the minors' names redacted so that only the initials for their first and last names are visible

---

to amend one aspect of the proposed trust agreement. In light of these revisions to be made to the proposed trust agreement, the Court ordered Defendants to file the finalized version of the proposed trust agreement on the docket, which they have done at doc. 65.

throughout that document).  Defendant Carter is also **ORDERED** to submit to the Court, for "restricted access" filing on the docket, an unredacted copy of the executed Trust Agreement.

Once the proof of deposit and copy of the executed trust agreement are filed on the docket and submitted to the Court, this Court will dismiss this case with prejudice.  In light of the settlement, the Court **DIRECTS** the Clerk of Court to **TERMINATE** as moot the pending Motion for Judgment on the Pleadings, (doc. 18), and Motion for Summary Judgment, (doc. 34).

**SO ORDERED**, this 4th day of March, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA